No. 11–9339. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 11–9340. CURRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9345. WOODSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9348. THANH VAN TRAN v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9351. MUELLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 11–9352. NAVAJAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 11–9358. SAUCILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 11–9360. BURNETT v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 11–9361. BUDDHI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–9363. OK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 11–9364. PAULINO v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 11–9366. SHIGEMURA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 11–9369. WOODERTS v. TAMEZ, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 11–9374. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 11–9381. OKUN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 11–9385. SWANSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.